**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| LISA CHRISTINE LONG, | |
| Plaintiff, | CIVIL ACTION NO.: 6:25-cv-68 |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

**O R D E R**

Defendant filed an Unopposed Motion for Entry of Judgment With Remand.  (Doc. 17.) Defendant seeks to have this cause remanded to the Social Security Administration under sentence four of 42 U.S.C. § 405(g).  Plaintiff's counsel does not object to this Motion.  (Id. at p. 2.)  Upon due consideration, the Court **GRANTS** Defendant's Motion.  The Court reverses the decision of the Commissioner and remands this cause to the Commissioner for further administrative proceedings under sentence four of Section 405(g).  On remand, the Commissioner is to provide Plaintiff with the opportunity to have a hearing and issue a new decision.  (Id.)  The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment and to close this case.

**SO ORDERED**, this 13th day of April, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA