AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

LISA CHRISTINE LONG,

        Plaintiff,

        **v.**

FRANK BISIGNANO, Commissioner of
Social Security,

        Defendant.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:   6:25-cv-68

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's April 13, 2026 Order granting Defendant's Consent Motion, the Court reverses the decision of the Commissioner and remands this cause to the Commissioner for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner is to provide Plaintiff with the opportunity to have a hearing and issue a new decision. This case stands closed.



4/13/2026
*Date*

John E. Triplett, Clerk of Court
Clerk

*(By) Deputy Clerk*

GAS Rev 10/2020